**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JASON TYLER SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 14-cv-222-GKF-FHM |
| | ) | |
| v. | ) | |
| | ) | |
| **GEICO GENERAL INSURANCE COMPANY** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN the Plaintiff, Jason Tyler Smith and the Defendant, GEICO General Insurance Company, (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed pursuant to the Fed. R. Civ. P. Rules 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advise the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorneys fees and costs.

Approved and Agreed to By:

/s/Daniel E. Smolen_____
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, OK 74119
 P:  (918) 585-2667  F: (918) 585-2669
**ATTORNEYS FOR PLAINTIFF**

-2-

/s/ Gerard F. Pignato_____
Gerard F. Pignato, OBA 11473
PIGNATO, COOPER, KOLKER
& ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 606-3333
Facsimile: (405) 606-3334
Email: jerry@pclaw.org
**ATTORNEYS FOR DEFENDANT**